GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
RACHEL J. MOROSKI, State Bar No. 286805
rachel.moroski@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
CH2M HILL, CONSTRUCTORS, INC.
(erroneously sued as "CH2M HILL, INC.")

HAKIM GULAID
hhgulaid@yahoo.com
4157 Krolop Road
Castro Valley, CA  94546
Telephone:    510.435.2548
Facsimile:    510.464.8001

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKIM GULAID,<br><br>            Plaintiff,<br><br>     v.<br><br>CH2M HILL, INC., parents, subsidiaries and affiliates, TOM BERGER, as an individual; MICHAEL WEINMULLER, as an individual; MATTHEW ROTH, as an individual; and DOE Defendant 1-10,<br><br>            Defendants. | Case No. 15-cv-04824-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  November 10, 2015<br>Judge:                  Hon. Jon S. Tigar |


**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Hakim Gulaid ("Plaintiff") and Defendant CH2M Hill, Constructors, Inc. ("Defendant") (collectively, "Parties"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Second Amended Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

**IT IS SO STIPULATED.**

DATED: December 12, 2016

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Gregory C. Cheng*
GREGORY C. CHENG
RACHEL J. MOROSKI
Attorneys for Defendant
CH2M HILL, CONSTRUCTORS, INC.
(erroneously sued as "CH2M HILL, INC.")

DATED: December 12, 2016

HAKIM GULAID

1
Case No. 15-cv-04824-JST
JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1  [PROPOSED] ORDER

2  Based on the Parties' stipulation, the Court hereby dismisses the above-captioned matter, in
3  its entirety, with prejudice.

4  **IT IS SO ORDERED.**

6  DATED: December 13, 2016

   _____
   HONORABLE JON S. TIGAR
   UNITED STATES DISTRICT COURT

26791675.1

2                      Case No. 15-cv-04824-JST
JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE